| CHAMPAIGN COUNTY SHERIFF'S OFFICE | Number | Pages |
|---|---|---|
| | Section 1 | 1 of 4 |
| DATE: June, 1987 | Standards: 3ALDF-4E-01,04,09,13,14<br>NCCHC J-01,04,15,16,17,18,39,55 | |
| Chapter: XIII<br>MEDICAL AND HEALTH CARE SERVICES | Subject:<br>Health Care Authority, Licensure, Staffing Levels, Ancillary Services | |

## HEALTH CARE AUTHORITY

**1.0 POLICY:** Residents at the Champaign County Correctional Center have the right to medical and health care services necessary for maintaining their physical health. Champaign County Sheriff's Office shall employ a Physician, licensed to practice medicine in the State of Illinois, who shall be responsible for all medical judgements regarding health care provided to residents at the Champaign County Correctional Center. The Sheriff's Office shall employ a licensed Registered Nurse who shall be the designated Health Care Authority. He/she shall be licensed to practice in the State of Illinois and shall be responsible for arranging all levels of health care and ensuring the quality and accessibility of all health services provided to residents. Arrangements shall be made with health care specialists in advance of need. Final medical judgements regarding the health care needs of the residents at the Champaign County Correctional Center shall be the sole responsibility of the Physician.

**1.1 PROCEDURE:** All medical, mental health, dental and ancillary health care personnel providing health care services to residents in the Correctional Center shall have the appropriate state and federal license, certification or registration requirements. The duties and responsibilities of such personnel shall be governed by written job descriptions approved jointly by the Health Authority, Sheriff of Champaign County and the Captain of Corrections. Verification of current credentials and job descriptions shall be on file at the Champaign County Correctional Center.

A. General Provisions: All medical and health care personnel will have written contracts or job descriptions with the Correctional Center. These job descriptions will be reviewed annually by the Captain of Corrections and the Health Care Authority and kept on file with the Captain of Corrections.

B. Credentials: Current credentials of all health care


EXHIBIT 2

| MEDICAL AND HEALTH CARE SERVICES | Chapter XIII | 2 Page of |
|---|---|---|
| | Section 1 | 4 |

| Subject: Health Care Authority | Date: June, 1987 |
|---|---|

        personnel will be verified by the Captain of Corrections and will be on file in the Nurse's Office.

1.2 PHYSICIAN: A Physician who is currently licensed to practice medicine in the State of Illinois will be retained for the health care of the residents at the Correctional Center by the Sheriff of Champaign County. The Physician shall provide proof of license to the Sheriff. In addition to medical judgements and health care decisions, the Physician will be responsible for carrying out the health care policies of the Correctional Center by initiating, reviewing and approving all health care policies and procedures. The Physician will sign-off on all approved health care policies, procedures and directives and will be the final authority on all health care services provided to residents.

    A. Contract: There will be a written contract between the County of Champaign and the Physician which will govern the delivery of health care services to the residents at the Center. This contract will be signed by the Center's Physician, a duly authorized agent of the Champaign County Board of Supervisors and the Sheriff of Champaign County and will be kept on file with the Sheriff. This contract will comply with the laws of Illinois and the Illinois Bureau of Detention Standards and shall state, at a minimum, that the Correctional Center Physician will be responsible for clinical supervision of all allied health personnel within the facility and will have sole responsibility for final medical judgements pertaining to patient care in the facility.

    B. The Correctional Center and Physician will arrange for health care services to be provided prior to need.

    C. Medical staffing needs shall be reviewed annually by the Correctional Physician and the Captain of Corrections.

    D. Recommendations concerning medical staffing needs shall be forwarded by the Captain of Corrections to the sheriff for referral to the County Board.

    E. The Physician's contract will be reviewed annually.

    F. The Center's Physician shall report directly to the Captain of Corrections and will be responsible for the clinical supervision of all health care personnel at the Correctional Center.

1.3 NURSE: The Champaign County Sheriff's Office will employ a licensed Registered Nurse who will be the designated Health Authority at the Center. The Nurse will be responsible for arranging all levels of health care and ensuring the quality and accessibility of all health services provided to residents. The Center's Nurse will be currently licensed with the State of Illinois and shall provide the employer with evidence of license. The Nurse will be responsible for the health care needs of all residents and arrangements for referral of residents to duly licensed health care service providers when the health care needs of the residents cannot be met by Correctional Center's Health Care staff.

    A. Health Care Authority: The Nurse shall direct and administer all levels of health care, assure quality of care and ensure resident access to all health services. The Health Care Authority, under the direction of the Physician, is responsible for the development and implementation of health care services which provide for the physical and mental well being for the residents. The scope of duties of the Nurse are detailed in a written job description which is reviewed annually and revised as necessary.

    B. Chain of Command: The Correctional Center Nurse will work under the clinical supervision of the Physician and will report directly to the Captain of Corrections and Sheriff.

1.4 MEDICAL LIAISON: When the Physician or the Nurse is unavailable to respond to the health care or medical needs of the residents, the Shift Supervisor will be designated health care liaison and will coordinate health delivery services in the facility under the joint supervision of the responsible Health Care Authority and the Captain of Corrections or his designee.

    A. Upon advice from the Physician or Nurse, health care services will be handled by the emergency rooms at Covenant Hospital and Physicians at Francis Nelson Health Center.

    B. All medical orders will be signed by personnel authorized by law to give such orders. Treatment by health care personnel other than a Physician, Dentist, Physiologist, Optometrist, Podiatrist or other independent providers is performed pursuant to

written direct orders by personnel authorized by law to give such orders.

1.5 ANCILLARY
SERVICES: Health care services providing ancillary services to the Correctional Center include, but are not limited to, Public Health of Champaign County, Francis Nelson Health Center Dental Clinic, Champaign County Mental Health Services, Covenant laboratories and clinic services and the Champaign-Urbana Public Health Department.

1.6 STAFFING
LEVELS: The Champaign County Correctional Center Health Authority shall systematically determine health care personnel requirements in order to provide resident's access to health care staff and services.
A. The Physician will monitor the delivery of medical services to the Center so as not to exceed a workload sufficiently low as to hinder the facilitation of resident access to medical services.

1.7 CHAMPAIGN COUNTY MENTAL HEALTH
CENTER: The Champaign County Mental Health Center will monitor the delivery of mental health services to the Correctional Center so as not to exceed a workload sufficiently low as to hinder resident access to Mental Health Counselors.

1.8 FRANCIS NELSON HEALTH
CENTER: Francis Nelson Health Center will monitor the delivery of dental services to the Correctional Center so as not to exceed a workload sufficiently low as to hinder resident access to dental services.

1.9 HEALTH CARE POLICIES AND
PROCEDURES: The Policies and Procedures for health care will be reviewed and approved annually by the Sheriff of Champaign County, the Health Authority, the Physician and Captain of Corrections. Approved changes of any policy or procedures will be signed, dated and distributed prior to implementation. (See Section 2, 2.10).