◀ Imprint Patient Name



# CHRISTIE
CHRISTIE CLINIC ASSOCIATION
101 West University Avenue
Champaign, IL 61820

| Date | Prob No | Progress Notes |

---

**DUCKWORTH, GREG**     56 93 00 7     8-27-99

**SUBJECTIVE:**
42 yo male is here with the complaint of having a possible hematuria. He thought he saw some blood in his urine when he urinated a couple of weeks ago and then again a week ago. He also mentioned he has a lump on top of his penis. He noticed that two weeks ago as well. It is not painful. It has not interfered at all with erections. He has had some trouble urinating sometimes with hesitancy. He denies any history of BPH.

**ALLERGIES:**
**Penicillin**

**CURRENT MEDICATIONS:**
Tylenol p.r.n.

**OBJECTIVE:**
151 lb.  B/P 124/80  Temp 97.6  Pulse 88 Resp 12

**PHYSICAL EXAMINATION:**
Exam of the penis reveals the pt. does have a palpable mass on the dorsal aspect of the penis, more towards the proximal end. It appears to be perhaps a firmness to a superficial vein. [sclerotic vein] No discharge is palpated from the penis. No testicular tenderness. No nodules or masses seen in the testicles. No tenderness of the epididymis. Hernia exam was neg. Prostate exam: The prostate was a little boggy but both sulcus palpable and both lobes are symmetrical and smooth. Hemoccult was neg.

**IMPRESSION:**
Penile mass, possible sclerotic vein

**PLAN:**
The pt. and I talked and he was told that I think it might be a sclerotic vein. At this point I would be willing to just monitor it. He was told if it enlarges or starts to get more firm or more painful he should return to the clinic.
He states he has some veins that feel similar to that in his legs as well. He was told there is nothing much that can be done about it.

**LAB:**
Mid stream clean catch was done and it showed the urine was completely clean and there was no blood.
I recommended that if he starts noticing frank blood in the urine or the urine is pink consistently he should return to the clinic because that is sometimes a sign of hematuria. He states he understands and will comply.

Jim Blatzer, PA-C/M. Lennie Baisa, MD/lck   d 8-27   t 8-30

Family Practice

EXHIBIT 6

1600 5/95