# CHAMPAIGN COUNTY CORRECTIONAL CENTER
## Doctor's Orders

Patient's Name: Duckworth, Guy     FPM# 55925

Date: 10/8/99  Time: _____

S _[illegible]_

O 

A _[illegible]_

P  X c— UA
done

_____
Physician/Dentist

_____
Date

EXHIBIT 7