```
PRINT DATE: 10/09/99            MedCentre Laboratories            PAGE 1
PRINT TIME: 0452         1400 WEST PARK ST., URBANA, IL  61801
                         TEL 217-337-2176/FAX 217-337-2460
                                 LOCATION REPORT
```

Name: DUCKWORTH,GREG           Age/Sex: 42/M        Attend Dr: Ahmad,Maher
Acct#: LC0015014    Unit#:      Status: REG REF     Location: HCLCJA
Reg: 10/08/99       Disch:

SPEC #: 1008:U00015R    COLL: 10/08/99-1000    STATUS: COMP        REQ #: 01076326
                        RECD: 10/08/99-1412    SUBM DR: Ahmad,Maher

ENTERED: 10/08/99-1412                         OTHR DR:
ORDERED: UA

| Test | Result | Flag | Reference |
|---|---|---|---|
| [DEPARTMENT OF URINALYSIS] | | | |
| [URINALYSIS] | | | |
| UA | | | |
| > COLOR | YELLOW | | |
| > CLARITY | CLEAR | | |
| > SP GRAVITY | 1.010 | | 1.003-1.033 |
| > PH | 5.0 | | 5.0-8.0 |
| > PROTEIN | 0 | | 0-0 MG/DL |
| > GLUCOSE | 0 | | 0-0 MG/DL |
| > KETONE | 0 | | 0-0 MG/DL |
| > BILIRUBIN | 0 | | 0-0 MG/DL |
| > URINE BLOOD | 25 | H | 0-0 /uL |
| > UROBILINOGEN | 0 | | 0-2 MG/DL |
| > NITRITE | NEG | | NEG |
| > LEUK ESTERASE | 0 | | 0-0 /uL |
| > WBC | 2-4 | | 0-5 /HPF |
| > RBC | 0-1 | | 0-3 /HPF |

Ramesh Ramanathan, M.D., Medical Director
** END OF REPORT **

EXHIBIT 8