# Champaign County Correctional Center

### RESIDENT'S REQUEST FORM

Resident's Name **Duckworth**

Cell Assignment **2A21**

Counseling_____ Substance Abuse_____ Programs_____

Classification_____ Medical ✓ Discipline_____

Supervisor_____ Legal_____ Religious_____

To Attend Religious Service_____

Other_____

I respectfully request an interview with:

**Doctor**

Reason: (This section must be filled out)

I NEED TO SPEAK TO YOU ABOUT AN APPOINTMENT WITH THE OUTSIDE DOCTOR I SAW BEFORE. ASAP

Date requested: 12-16-99

Resident's Signature **Gregg Duckworth**

Receiving Correctional Officer's Signature

121699 RKeny 5361

### ACTION TAKEN

No referral pending CPN

Interviewer_____ Date received_____

Date of Interview_____

EXHIBIT 9