55725

*[margin notes: Greg Dickhaut was sent out for consult — no tx recommended. The jail nf/she checked his urine 3 times since then — in no problem. Inmate has been informed of this + we aren't doing anything further.]*

2-11-00

Dear Captain Young,

I have been incarcerated at the Champaign Co jails for about 6½ months.

During my stay a problem has arose of me passing blood in my urine tract. I have had 2 or more urine samples taken and I could actually view blood present within the specimen cup.

I was sent to the outside hospital on this matter and I was explained of my condition and the Doctor indicated my condition would progress. Note: at this time their was no blood in my urine, but since this time, the blood in my urine has become very frequent and additional complications have arose since.

Although, I'm not one to make false claims or unjustified request, I feel that my medical request and treatment has been ignored and that I need additional attention

EXHIBIT 11

for my condition.

    I Respectfully request that you consider reviewing this matter of much importance too me. I also Thank you for any assistance that you may provide

Sincerely,

*Gregg Duckworth*

GREGG DUCKWORTH

CC: File
     Sheriff
     Captain