# CHAMPAIGN COUNTY CORRECTIONAL CENTER
## Doctor's Orders

Patient's Name: Duckworth, Greg Lee          RPM# 55925

Date: 3/14/00  Time: _____   DOB 12-28-56

**S** _____

**O** _____

**A** No injured [illegible]
     Mild [illegible] blood

**P** No indication for further follow-up

_____
Physician/Dentist

_____
Date

✓
X
No CH G

EXHIBIT 12